IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA SANCHEZ OBO
R.G.,

    Plaintiff,

v.                                   Case No.  1:22-cv-00132 SMV

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 21). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until October 10, 2022, to file his Motion to Reverse or Remand, Defendant shall have until December 5, 2022, to file a Response, and Plaintiff shall have until January 2, 2023, to file a Reply.

                                              _____
                                              STEPHAN M. VIDMAR
                                              UNITED STATES MAGISTRATE JUDGE

RESPECTFULLY SUBMITTED BY:


*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Maria Sanchez OBO R.G.*



APPROVED BY:

*/s/approved via email on 09/09/2022*
Marc Thayne Warner, Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
P (303) 844-7237
thayne.warner@ssa.gov
*Attorneys for Defendant*